UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-11-0208-CRB |
| Plaintiff, | |
| v. | ~~[PROPOSED]~~ ORDER AUTHORIZING DR. JULES BERSTEIN ACCESS INTO GLEN DYER DETENTION CENTER TO PERFORM EVALUATION |
| RENO DEVORE | |
| Defendant. | |

Based on the application of counsel for defendant RENO DEVORE, and for good cause shown, IT IS HEREBY ORDERED that Dr. Jules Berstein be allowed access into Glen Dyer detention center, located at 550 6th St. in Oakland, California to perform an evaluation of Reno Devore. It is FURTHER ORDERED that Dr. Berstein be permitted to bring all necessary diagnostic materials and resources to complete his evaluation.

**IT IS SO ORDERED.**

Dated: 5/12/2011

MARILYN
UNITED

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

1